**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LORETTA ELIA,<br><br>     Plaintiffs,<br><br>          v.<br><br>ROBERT J. POWELL, MICHAEL T. CONAHAN, MARK A. CIAVARELLA, PA CHILD CARE, LLC, WESTERN PA CHILD CARE LLC, ROBERT K. MERICLE, MERICLE CONSTRUCTION, INC., PINNACLE GROUP OF JUPITER, LLC, BEVERAGE MARKETING OF PA, INC., VISION HOLDINGS, LLC, MID ATLANTIC YOUTH SERVICES CORP, and PERSEUS HOUSE, INC. d/b/a ANDROMEDA HOUSE,<br><br>     Defendants. | CIVIL ACTION NO. 3:11-CV-465<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this   23rd   day of February, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant Mark Ciavarella's Motion to Dismiss (Doc. 18) is **GRANTED in part** and **DENIED in part**. As to judicial immunity for the courtroom adjudications and sentences imposed, the motion is **GRANTED.** As to the remainder, the motion is **DENIED.**

(2) Defendants Mid-Atlantic Youth Services Corp., PA Child Care, LLC, and Western PA Child Care, LLC's Motion to Dismiss (Doc. 17) is **GRANTED in part** and **DENIED in part** as follows:

     (a) The motion is **GRANTED** as to Plaintiffs' § 1983, civil conspiracy, and false imprisonment claims. Those claims are dismissed.

     (b) The motion is **DENIED** in all other respects.

                                             /s/ A. Richard Caputo
                                             A. Richard Caputo
                                             United States District Judge